IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Bhupinder K Mehra | ) | Case No: 14 C 7506 |
| | ) | |
| v. | ) | Judge: John W. Darrah |
| | ) | |
| Law Office of Keith S. Shindler, Ltd. et al | ) | |

## ORDER

Ruling on motion hearing held. For the reasons stated in the attached memorandum opinion and order, Defendant's Motion to Dismiss [21] Count III is granted with prejudice. Enter Memorandum Opinion and Order.

(T:) 00:05

Date: 4/29/15 /s/ Judge John W. Darrah